Dear Abel Acosta, Clerk,

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

P.O.R. Filed Nov. 14, 2014

COA No. 06-13-00051-CR
PD-1209-14

December 31, 2014

Greetings:

I Trust you had a Very Merry Christmas and you will have a Happy New Year!

The reason for my Correspondence at This Time is To determine The disposition of my P.O.R., and The subsequent Amendment To P.O.R. of which was filed on December 10, 2014, by placing said Writ in The Prison Mailing System.

It is not my intention to Trouble you or The Court with the Continued problems I am having with The Prison Mailing System at This Unit. Sur ffice it to say, That I never know if my legal mail actually gets mailed out Timely or if at all! Of course I've made my Complaints known to The Warden and Huntsville, to No avail! I will however Continue to make my Complaints to Officials and Try to correct The problem!

I have not received a response from you concerning The filing of my Amendment to P.O.R. Did you in fact receive my Motion on or about December 10, 11, 12, 2014?

Further, I have Not had access To The law Library for over a month Now! I am currently locked up in Ad Seg due to prisoner assault; due To The negligence of Prison Guards, I do Not have access to the Texas Rules of Appellate Procedures! Am I permitted To Now file my Art. 11.07 Writ of Habeas Corpus? Please contact me as soon as possible, Thank You.

Sincerely yours, Michael Don Perry

## Unsworn Declaration

I, Michael Dean Perry, TDCJ No. 1838827 being presently incarcerated in the Texas Department of Criminal Justice at The Eastham Unit, 2665 Prison Rd #1, Lovelady, Tx 75851 Declare under penalty of perjury that the above and foregoing is True and Correct.

Executed on This The 31st day of December, 2014.

By The Appellant: Michael Dean Perry TDCJ No. 1838827

## Certificate of Service

I, Michael Dean Perry TDCJ No. 1838827 do hereby Certify That a True and Correct Copy of The above and foregoing Letter To Clerk, unsworn declaration, and Certificate of Service have been Served by placing same in The U.S. Mail, First Class postage prepaid on This The 31st day of December, 2014

By The Appellant: Michael Dean Perry TDCJ No. 1838827

Return Service Requested: Michael Dean Perry TDCJ No. 1838827
Eastham Unit
2665 Prison Rd #1
Lovelady, Tx 75851

2